## Commonwealth *v.* Wright, Appellant.

Argued April 1, 1955. Before Rhodes, P. J., Ross, Gunther, Wright, Woodside and Ervin, JJ. (Hirt, J., absent).

*Paul C. VanDyke,* with him *Cochrane & VanDyke,* for appellant.

*Ernest L. Green,* Assistant District Attorney, with him *Joseph E. Pappano,* First Assistant District Attorney, and *Raymond R. Start,* District Attorney, for appellee.

PER CURIAM, May 11, 1955:

The six judges who heard the argument of this case being equally divided in opinion, the order of the court below granting a new trial is affirmed.